UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN GARCIA, | ) | NO. CV 14-3051-SVW (AS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| BRIAN DUFFY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: February 2, 2015.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE